UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LEE MOHAMED BEY**                                **CIVIL ACTION**

**VERSUS**                                         **NUMBER: 24-2906**

**KIMYA M. HOLMES**                                **SECTION: "I"(5)**

### ORDER

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation[1], and the failure of either party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i-iii) and on the ground of absolute judicial immunity.

New Orleans, Louisiana, this 18th day of February, 2025.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 5